MICHAEL B. HORROW (SBN 162917)
ANNE McWILLIAMS (SBN 129264)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: amcwilliams@donahuehorrow.com

Attorneys for Plaintiff
Sheldon Block, an incompetent adult by
and through his Guardian ad Litem
Sharon L. Gantman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SHELDON BLOCK, an incompetent adult by and through his Guardian ad Litem Sharon L. Gantman,<br><br>Plaintiff,<br><br>vs.<br><br>CERTIFIED LIFE INSURANCE COMPANY; BANKERS LIFE AND CASUALTY COMPANY; DOES 1 THROUGH 10;<br>,<br><br>Defendants. | Case No. 2:11-cv-00517-JAM-DAD<br><br>*Assigned for All Purposes to the Honorable John A. Mendez*<br><br>**ORDER RE TRIAL CONTINUANCE**<br><br>[Filed Concurrently with Stipulation to Continue Trial 90 Days]<br><br><br><br>Complaint Filed: December 27, 2010<br>Trial Date: May 21, 2012 |

DONAHUE & HORROW, LLP

[PROPOSED] ORDER RE TRIAL CONTINUANCE

PDF created with pdfFactory trial version www.pdffactory.com

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

The Trial presently set in this case for May 21, 2012 is vacated and reset to September 24, 2012 at 9:00 a.m.

The Final Pre-Trial Conference presently set for April 13, 2012 is vacated and reset to August 10, 2012 at 11:00 a.m.  The parties joint pretrial statement shall be filed on or before August 3, 2012.

The parties shall complete mediation by February 29, 2012, and within ten days of the mediation the parties shall jointly report on the mediation.

The discovery cut-off to complete the depositions of Mr. Salazar and Mr. Gantman is continued until April 1, 2012.

The deadline to file dispositive motions is June 1, 2012, and shall be noticed for hearing on July 11, 2012 at 9:30 a.m. in Courtroom #6.


DATED:  1/9/2012                                    /s/ John A. Mendez_____
                                                             Hon. John A. Mendez
                                                             UNITED STATES DISTRICT JUDGE

DONAHUE & HORROW, LLP

Case No. 2:11-cv-00517-JAM-DAD        – 2 –
[PROPOSED] ORDER RE TRIAL CONTINUANCE