UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

SHELDON BLOCK, an incompetent adult by and through his Guardian ad Litem Sharon L. Gantman,

    Plaintiff,

vs.

CERTIFIED LIFE INSURANCE COMPANY; BANKERS LIFE AND CASUALTY COMPANY, DOES 1 THROUGH 10;

    Defendants.

No. 2:11-cv-00517-JAM-DAD

**ORDER OF DISMISSAL**

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THIS ACTION IS HEREBY DISMISSED IN ITS ENTIRETY WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.**

**DATED:  April 10, 2012**

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com